## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Criminal Case No.   19-CR-0472-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   JAMES MICHAEL AUSTIN,
      aka JAMES MICHAEL MASTERSON,
      aka DALLAS DONALD HOFFECKER,
      aka JAMES MICHAEL FISHER,
      aka MICHAEL JAMES FISHER,

    Defendant.

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about July 26, 2017, in the State and District of Colorado, JAMES MICHAEL AUSTIN, did willfully and knowingly make a false statement in an application for a passport with intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that the defendant stated that his name, social security number, date and place of birth, and parents' names and dates of birth were that of another person.

All in violation of Title 18, United States Code, Section 1542.

## COUNT 2

On or about July 26, 2017, in the State and District of Colorado, JAMES MICHAEL AUSTIN, together with others both known and unknown to the Grand Jury, did knowingly possess with intent to use unlawfully or transfer unlawfully five or more identification documents not issued lawfully for the use of the defendant, authentication features, or false identification documents, that is, a Utah driver license for Michael Fisher, social security cards in the names Michael Fisher and Kylie Fisher, established certificates of birth and affidavits for Michael Fisher and Kylie Fisher, a Kentucky birth certificate for Michael Fisher, a Kentucky driver's license for James Fisher, a Maine identification card for Kylie Fisher, and nine Wisconsin Notary Stamps in the name of T.M., and the transfer, possession, or use of the identification documents, authentication features, or false identification documents was in or affected interstate or foreign commerce, and the identification documents or false identification documents were transported in the mail in the course of the unauthorized transfer, possession, or use; and, and further, JAMES MICHAEL AUSTIN, together with others both known and unknown to the Grand Jury, did knowingly or intentionally aid, abet, counsel, command, induce and procure each other's participation in the commission of said offense.

All in violation of Title 18, United States Code, Sections 1028(a)(3) and (b)(2)(B), and 2.

## COUNT 3

On or about July 26, 2017, in the State and District of Colorado, JAMES MICHAEL AUSTIN, did knowingly possess and use, without lawful authority, a means of identification of another person, that is the name, title, and forged signature of V.K., during and in relation to a felony violation enumerated in Title 18, United States Code,

Section 1028A(c), that is, false statement in application for a passport in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Section 1028A.

## COUNT 4

On or about July 26, 2017, in the State and District of Colorado, JAMES MICHAEL AUSTIN, did knowingly possess and use, without lawful authority, a means of identification of another person, that is the name, notary stamp, and forged signature of T.M., during and in relation to a felony violation enumerated in Title 18, United States Code, Section 1028A(c), that is, false statement in application for a passport in violation of Title 18, United States Code, Section 1542.

All in violation of Title 18, United States Code, Section 1028A.

A TRUE BILL:

Ink Signature on file in Clerk's Office
FOREPERSON

JASON R. DUNN
United States Attorney

By:   s/Gregory A. Holloway
Gregory A. Holloway, WSBA #28743
Assistant U.S. Attorney
U.S. Attorney's Office
1801 California St., Ste. 1600
Denver, CO 80202
Telephone: 303-454-0200
Fax:  303-454-0406
E-mail:  Gregory.Holloway@usdoj.gov
Attorney for Government