| | |
|---|---|
| <u>DEFENDANT:</u> | JAMES MICHAEL AUSTIN<br>aka JAMES MICHAEL MASTERSON,<br>aka DALLAS DONALD HOFFECKER,<br>aka JAMES MICHAEL FISHER,<br>aka MICHAEL JAMES FISHER |
| <u>AGE/YOB</u>: | 1975 |
| <u>COMPLAINT FILED?</u> | _____ Yes    ___x___ No<br><br>If Yes, MAGISTRATE CASE NUMBER  <u>NA</u> |
| <u>HAS DEFENDANT BEEN ARRESTED ON COMPLAINT</u>? | __ Yes   _x_ No<br>If No, a new warrant is required |
| <u>OFFENSE(S)</u>: | Count One:  18 U.S.C. § 1542 (False Statement in a Passport Application)<br><br>Count Two: 18 U.S.C § 1028(a)(3) and (b)(2)(B)(Possession with Intent to Use or Transfer Five of More Documents or Features)<br><br>Count Three:  18 U.S.C. § 1028A (Aggravated Identity Theft)<br><br>Count Four:  18 U.S.C. § 1028A (Aggravated Identity Theft) |
| <u>LOCATION OF OFFENSE:</u> | ARAPAHOE COUNTY, Colorado |
| <u>PENALTY</u>: | Count One:  NMT 10 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA.<br><br>Count Two:  NMT 5 years' imprisonment; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA.<br><br>Count Three:  2 years imprisonment to run consecutively to any term of imprisonment imposed for the underlying felony; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA.<br><br>Count Four:  2 years imprisonment to run consecutively to any term of imprisonment imposed for the underlying felony; NMT $250,000 fine, or both; NMT 3 years' SR; $100 SA. |
| <u>AGENT:</u> | Jason Penrod<br>Special Agent, U.S. Diplomatic Security Service |

2

<u>AUTHORIZED BY:</u>   Greg Holloway
                      Assistant U.S. Attorney

<u>ESTIMATED TIME OF TRIAL</u>:

_x_ five days or less; ___ over five days

<u>THE GOVERNMENT</u>

_x_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.